THE LAW OFFICES OF

# RAY LEACH

I I I WEST OLMOS DRIVE
SAN ANTONIO, TEXAS 782 I 2

✦ RAY LEACH
BOARD CERTIFIED-CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

OF COUNSEL:
JOHN R. HEARD
BOARD CERTIFIED -CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE
(2 I 0) 930-7700

FACSIMILE
(2 I 0) 930-9353

E-MAIL
rayleach@rayleachlaw.com

September 16, 2015

Fourth Court of Appeals
Clerk of the Court, Keith E. Hottle
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:  Vacation Letter

Case No: 04-15-00461 from Cause No: 2010-PC-2415
Katherine Sanchez Matthews, v. William H. Matthews, Jr, individually
and as Independent Executor of the Estate of William H. Matthews, III.

This is to notify all counsel and courts that I will be on vacation and unavailable for any settings or discovery proceedings on the following dates:

**September 30 through October 6 and
October 16 through November 2, 2015**

Thank you for your professional courtesy in honoring this notice.

Yours truly,

Ray Leach

RL/gw

2012 FEB 21 PM 12:35

THE LAW OFFICES OF

# RAY LEACH

I I I WEST OLMOS DRIVE
SAN ANTONIO, TEXAS 78212

ADDRESS CORRECTION REQUESTED
PLEASE FORWARD

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TX
2015 SEP 21 PM 12:
KEITH E. HOTTLE, CLERK

SAN ANTONIO
TX 780
18 SEP 15
PM 1 L



02 1P          $ 000.48⁵
0001911920   SEP 18 2015
MAILED FROM ZIP CODE 78212

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Attn:   Court Clerk Keith E. Hottle

7820530379